■ In the Matter of UNITED COMMUNITY INSURANCE COMPANY v MUCATEL.—Wherein it seeks reargument, motion denied, and granted wherein it seeks leave to appeal to the Court of Appeals, as indicated. Concur—Carro, J. P., Asch, Fein, Milonas and Ellerin, JJ.